Monte **RODEN**, Appellant,

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, Jim Jones, et al., Respondents.**

**No. WD 39955.**

Missouri Court of Appeals, Western District.

Aug. 16, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

---

Monte Roden, pro se.

William L. Webster, Atty. Gen., Paul La-Rose, Asst. Atty. Gen., Jefferson City, for respondents.

Before TURNAGE, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM.

Monte Roden appeals from an adverse judgment in his small claims action against Missouri Department of Corrections, et al.

Affirmed. Rule 84.16(b).